1  Edward A. Kraus, SBN 162043
   Kathryn E. Barrett, SBN 162100
2  SILICON VALLEY LAW GROUP
   50 W. San Fernando Street, Suite 750
3  San Jose, CA 95113
   Tele: (408) 573-5700
4  Fax: (408) 573-5701

5  Attorneys for Defendant,
   DELTA WINDOW CLEANING COMPANY, INC.
6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10

11
   GENERAL EMPLOYEES TRUST FUND          )   Case No.:  3:15-cv-06141 HSG
12 and BOARD OF TRUSTEES OF               )
   GENERAL EMPLOYEES TRUST FUND,         )   STIPULATION AND [PROPOSED] ORDER
13                                        )   EXTENDING TIME TO EXCHANGE RULE
                                          )   26(a) INITIAL DISCLOSURES
14         Plaintiff,                     )
                                          )
15     vs.                                )
                                          )
16                                        )
                                          )
17 DELTA WINDOW CLEANING                  )
   COMPANY, INCORPORATED,                 )
18                                        )
                                          )
19         Defendants.                    )
                                          )
20

21      Plaintiff GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF

22 GENERAL EMPLOYEES TRUST FUND and Defendant DELTA WINDOW CLEANING

23 COMPANY INCORPORATED, by and through their respective counsel of record, hereby

24 stipulate as follows:

25      1.    WHEREAS, pursuant to the Federal Rule of Civil Procedure 26(a), Local Rules

26 and Order of The Honorable Judge Haywood S. Gilliam, Jr., initial disclosures shall be

27 completed no later than Tuesday, March 22, 2016;

28

---

2. WHEREAS, the Parties have agreed to extend the initial disclosure timeline by two weeks in order to facilitate communication between the parties and conserve time and resources;

3. WHEREAS continuing the initial disclosure past the initial case management conference date will not alter the date of the conference or any other event or any deadline already fixed by Court order;

NOW, THEREFOR, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that all Parties shall have until Tuesday April 5, 2016 to exchange initial disclosures as required by FRCP 26(a).

Dated:  March 8, 2016                     WYLIE, McBRIDE, PLATTEN & RENNER

                                                              By:  /s/ Diane Sidd-Champion_____
                                                                    DIANE SIDD-CHAMPION
                                                                    Attorneys for Plaintiffs

Dated: March 8, 2016                      SILICON VALLEY LAW GROUP

                                              By:  /s/ Edward A. Kraus_____
                                                  EDWARD A. KRAUS
                                                  Attorneys for Defendant
                                                  Delta Window Cleaning Company, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March  9 , 2016

                                              Hon. Haywood S. Gilliam, Jr.
                                              Judge of United States District Court

---

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE RULE 26(a) INITIAL DISCLOSURES

~7167808.doc