| | |
|---|---|
| 1 | WYLIE, McBRIDE, PLATTEN & RENNER |
| | DIANE SIDD-CHAMPION, SBN 78140 |
| 2 | 605 Market Street, Suite 1200 |
| | San Francisco, California 94105 |
| 3 | Telephone: (415) 977-0904 |
| | Facsimile: (415) 536-0906 |
| 4 | E-mail:   dsidd-champion@wmprlaw.com |

Attorneys for Plaintiffs
General Employees Trust Fund and
Board of Trustees of General Employees Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA WINDOW CLEANING COMPANY INCORPORATED,<br><br>Defendant. | Case No. 15-cv-06141-HSG<br><br>**STIPULATION AND ORDER (PROPOSED) ORDER SELECTING ADR PROCESS**<br><br>[ADR L.R. 3-5] |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration        ❏ ENE        x Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

❏ Private ADR (*please identify process and provider*)

                              WYLIE, McBRIDE, PLATTEN & RENNER

Dated: March 8, 2016                    By:   */s/ Diane Sidd-Champion*
                                              DIANE SIDD-CHAMPION
                                              Attorneys for Plaintiffs

STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS
Case No. 15-cv-06141-HSG

SILICON VALLEY LAW GROUP

Dated: March 8, 2016                By:   */s/ Edward A. Kraus*
                                         EDWARD A. KRAUS
                                         Attorneys for Defendant


IT IS SO ORDERED.  The parties shall hold the mediation by the presumptive 90-day deadline.

Dated:   3/10/2016                  By:  [signature]
                                         HAYWOOD S. GILLIAM, JR.
                                         UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Diane Sidd-Champion, hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of March 2016 at San Francisco, California.


By:    /s/ *Diane Sidd-Champion*
DIANE SIDD-CHAMPION
Attorney for Plaintiffs

l:\0198\40094\stipulation to adr process.docx

STIPULATION AND (~~PROPOSED~~) ORDER SELECTING ADR PROCESS     3
Case No. 15-cv-06141-HSG