WYLIE, McBRIDE, PLATTEN & RENNER
DIANE SIDD-CHAMPION, SBN 78140
605 Market Street, Suite 1200
San Francisco, CA 94105
Telephone: (415) 977-0904
Facsimile: (415) 536-0906
E-mail: dsidd-champion@wmprlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, | Case No. 15-cv-06141-HSG |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND** ~~PROPOSED~~ **ORDER THEREON** |
| v. | |
| DELTA WINDOW CLEANING COMPANY, INCORPORATED, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs General Employees Trust Fund and Board of Trustees of General Employees Trust Fund and Defendant Delta Window Cleaning Company, Incorporated hereby stipulate to dismissal of this action without prejudice.

WYLIE, McBRIDE, PLATTEN & RENNER

Dated: July 12, 2016   By:   */s/ Diane Sidd-Champion*
DIANE SIDD-CHAMPION
Attorney for Plaintiffs

SILICON VALLEY LAW GROUP

Dated: July 12, 2016   By:   */s/ Edward A. Kraus*
EDWARD A. KRAUS
Attorney for Defendant

## ECF CERTIFICATION

I, Diane Sidd-Champion, am the ECF User whose user ID and password are being used to file this Stipulation of Dismissal Without Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Defendant's attorney, Edward A. Kraus, has concurred in this filing.

WYLIE, McBRIDE, PLATTEN & RENNER

Dated: July 12, 2016   By:   */s/ Diane Sidd-Champion*
DIANE SIDD-CHAMPION
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation of the parties, the case is dismissed without prejudice.
IT IS SO ORDERED.

_____July 15, 2016_____   *[signature]*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

I:\0198\40094\pleadings\stipulation of dismissal.docx